JOSEPH S. CHASNOFF, Appellant, v. SAMUEL J. WEISS and BEATRICE WEISS, Copartners, Doing Business under the Firm Name and Style of S. J. WEISS & Co., Respondents.— Order denying plaintiff's motion for an examination of defendants before trial and for the production of defendants' books and records relating to the issues reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Examination to proceed on five days' notice at Special Term, Part II, of the Supreme Court, County of New York. This is a case where it is clear that plaintiff should be permitted to examine defendants before trial. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

ANTHONY DEPERINO, Respondent, v. CORSON CONSTRUCTION CORPORATION, Appellant, and MICHAEL DIMPERIO, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ANNIELLO DE SENA and Others, Appellants, v. GIUSEPPE MATTEO and LORENZA MATTEO, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MILDRED GREENFIELD, an Infant, by SIDNEY GREENFIELD, Her Guardian ad Litem, and Another, Respondents, v. MATTHIAS KUMP, Defendant, and HUNTINGTON ICE SERVICE, INC., Appellant.— Judgment and order of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of LOUIS A. GUARINO and GEORGE E. MULRY, Appellants, for a Mandamus Order against ROBERT G. ANDERSON and Others, as Supervisors, Respondents.*— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law, upon authority of *Matter of Kilroe* v. *Craig* (208 App. Div. 93) and *Matter of Chapman* v. *City of New York* (168 N. Y. 80). Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.